PROB 12B
(7/93)

Report Date: June 27, 2012

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 28 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | |
|---|---|
| Name of Offender: Adriana M. Trejo Flores | Case Number: 2:11CR02017-001 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle | |
| Date of Original Sentence: 11/17/2011 | Type of Supervision: Supervised Release |
| Original Offense: Use of an Unlawfully Issued Immigration Document, 18 U.S.C. § 1546(b) | Date Supervision Commenced: 11/17/2011 |
| Original Sentence: Prison - 2 Days; TSR - 36 Months | Date Supervision Expires: 11/16/2014 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

The above drug testing condition is suspended, based on the Court's determination that the defendant possess a low risk of future substance abuse.

## CAUSE

Ms. Flores has no history of illegal drug use or abuse. Therefore, this officer respectfully recommends the general drug testing condition be suspended as she posses a low risk of future substance abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/27/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

Prob 12B
**Re: Flores, Adriana M. Trejo**
**June 27, 2012**
**Page 2**

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*Fred Van Sickle*
Signature of Judicial Officer

June 28, 2012
Date